BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500
Counsel for Defendant MATTISON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN MATTISON<br><br>Defendant. | No. CR 06-70678-WDB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING ON RULE 20<br><br>Date: January 16, 2007<br>Time: 10:00 a.m.<br>Court: Hon. Wayne D. Brazil<br>U.S. Magistrate Judge |

Defendant Ivan Mattison and the government, through counsel, hereby stipulate and request that the status hearing currently set for Tuesday, January 16, 2007, at 10:00 a.m. be continued until Tuesday, February 6 at 10:00 a.m. The parties request this continuance because, at this time, the Rule 20 proceedings have not yet been completed. The prosecuting attorney in Washington responsible for Mr. Mattison's case has been replaced by a new prosecuting attorney, and while the prosecution in Washington has tentatively agreed to the Rule 20 disposition, the paperwork has not been completed. Defense counsel will continue working with the prosecutor's office in Washington to ensure that this is completed as quickly as possible.

The parties further stipulate and agree that the time between January 16 and February 6,

*cc: WDB's Stats, Copy to parties via ECF*

2007, should be excluded under the Speedy Trial Act, 18 U.S.C. §3161 (h)(1)(G).

SO STIPULATED.

Dated:    January 12, 2007

HILARY A. FOX
Attorney for Defendant MATTISON

SO STIPULATED.

Dated: January 12, 2007

GEORGE BEVAN, AUSA
Assistant United States Attorney

Based on the parties' above stipulation, and good cause appearing, it is hereby ORDERED that the status hearing currently set for Tuesday, January 16, 2007 at 10:00 a.m. is continued to Tuesday, February 6, 2007 at 10:00 a.m. It is further ORDERED that the time between January 16 and February 6 is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), in that this period of delay results from a proceeding relating to the transfer of a case from another district under the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated: January 12, 2007

WAYNE D. BRAZIL
United States Magistrate Judge

-2-