BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500
Counsel for Defendant MATTISON

FILED

FEB 5 - 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>IVAN MATTISON<br><br>         Defendant. | No. 4-06-70678-WDB<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE STATUS<br>HEARING ON RULE 20<br><br>Date:   February 6, 2007<br>Time:   10:00 a.m.<br>Court:  Hon. Wayne D. Brazil<br>        U.S. Magistrate Judge |

Defendant Ivan Mattison and the government, through counsel, hereby stipulate and request that the status hearing currently set for Tuesday, February 6, 2007, at 10:00 a.m. be continued until Friday, March 2, at 10:00 a.m. The parties request this continuance because, at this time, the Rule 20 proceedings have not yet been completed. Defense counsel will continue working with the prosecutor's office in Washington to ensure that this is completed as quickly as possible.

The parties further stipulate and agree that the time between February 6 and March 2, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C. §3161 (h)(1)(G).

cc: WDB's staff, Pretrial, Copy to parties via ECF

-1-

SO STIPULATED.

Dated: February 5, 2007            /S/
                                   ───────────────────────
                                   HILARY A. FOX
                                   Attorney for Defendant MATTISON

SO STIPULATED.

Dated: February 5, 2007            /S/
                                   ───────────────────────
                                   GEORGE BEVAN
                                   Assistant United States Attorney

SIGNATURE ATTESTATION
I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

## ORDER

Based on the parties' above stipulation, and good cause appearing, it is hereby ORDERED that the status hearing currently set for Tuesday, February 6, 2007 at 10:00 a.m. is continued to Friday, March 2, 2007 at 10:00 a.m. It is further ORDERED that the time between February 6 and March 2 is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), in that this period of delay results from a proceeding relating to the transfer of a case from another district under the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated: 2/5/07                      _____
                                   WAYNE D. BRAZIL
                                   United States Magistrate Judge